THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUB-
LICITY LEASING COMPANY, Respondent, *v.* ALFRED
LUDWIG, as Superintendent of Buildings of the Borough
of Manhattan, City of New York, et al., Appellants.

(Submitted October 2, 1916; decided October 10, 1916.)

Motions for re-argument denied, with ten dollars costs
of one motion.    (See 218 N. Y. 540.)

---

SIMON GURSKY, Respondent, *v.* FRANK W. BLAIR et al.,
Appellants.

(Submitted October 2, 1916; decided October 10, 1916.)

Motion for re-argument denied, with ten dollars costs.
(See 218 N. Y. 41.)

---

FIRST CONGREGATIONAL CHURCH OF SCHENECTADY, Appel-
lant, *v.* WILLIAM P. FAUST et al., Respondents.

*First Congregational Church of Schenectady* v. *Faust,* 171 App.
Div. 961, appeal dismissed.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered November 22, 1915, affirm-
ing a judgment in favor of defendants, entered upon a
decision of the court on trial at Special Term.

The motion was made upon the ground of failure to
file the return.

*Frank Cooper* for motion.

*Robert J. Landon* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless within ten days appel-
lant files return and serves cases on appeal, and pays ten
dollars costs of motion.